**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTONIO PEREZ MORALES, Plaintiff, | ) | |
| vs. | ) | Civil Action No. 3:26-cv-1475 |
| WARDEN, MOSHANNON VALLEY ICE PROCESSING CENTER *et al.*, Defendants. | ) | |

**ORDER OF COURT**

On July 31, 2027, Petitioner Antonio Perez Morales ("Petitioner") filed a Petition for Writ of Habeas Corpus (ECF No. 2) that this Court now construes to be a Motion to Enforce an Order that was issued by The Honorable Joel H. Slomsky of the Federal Court in the Eastern District of Pennsylvania. *See Perez Morales v. Mullin et al.*, 2:26-cv-3825, ECF No. 5. Petitioner states, "[This] second petition is necessary because the bond hearing ordered by the federal court was procedurally defective and constitutionally inadequate." As such, this case should be properly placed in the Federal District Court of the Eastern District of Pennsylvania.

AND NOW, this 22nd day of September, 2026, IT IS ORDERED that the above-captioned case hereby is transferred to the Federal Court for the Eastern District of Pennsylvania, for all further proceedings.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record